

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2007

# In Re: Fortune

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4189

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Fortune " (2007). *2007 Decisions.* Paper 1510.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1510

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-128                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4189
_____

IN RE: KENNETH FORTUNE,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Civ. No. 04-cv-00377)

_____

Submitted Under Rule 21, Fed. R. App. P.
February 16, 2007
Before:   MCKEE, FUENTES and WEIS, CIRCUIT JUDGES

(Filed: March 7, 2007)
_____
OPINION
_____

PER CURIAM.

Pro se petitioner Kenneth Fortune seeks a writ of mandamus to compel the

United States District Court for the Western District of Pennsylvania to reach an

immediate decision on his motion for contempt.

Fortune filed his motion for contempt on June 20, 2006, requesting that the

District Court hold the defendants in contempt for their failure to waive service and file a

timely response to the complaint.   On September 22, 2006, Fortune filed this petition

1

seeking a writ of mandamus.[1]

On October 16, 2006, the District Court entered an order denying Fortune's motion for contempt. Because Fortune has received the relief he sought in filing his mandamus petition – a ruling on his motion for contempt– we will deny his mandamus petition as moot.

---

[1] Fortune was subsequently granted leave to proceed in forma pauperis, after he had filed the requisite financial affidavit.